UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rick Haas,                                                   Case No. 5:12-cv-00692

           Plaintiff

v.                                                            ORDER

Terry Tibbals,

           Defendant

Before me is the Report and Recommendation of Magistrate Judge James R. Knepp, filed on September 13, 2013, recommending dismissal of Petitioner Rick Haas's action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."  28 U.S.C. § 636(b)(1); *United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001).  In this case, the fourteen day period has elapsed and no objections have been filed.

The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

Following review of the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety as the Order of the Court. The Petition for Writ of Habeas Corpus, under 28 U.S.C. § 2254, is dismissed.

So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge